**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CANGREJEROS DE SANTURCE BASEBALL CLUB LLC, ET AL.** | **Civil Case No. 22-1341 (WGY)** |
| **Plaintiff** | |
| **v.** | |
| **LIGA DE BEISBOL PROFESIONAL DE PUERTO RICO, ET AL.** | |
| **Defendants** | |

**MOTION REQUESTING LEAVE TO REPLY
AND AN EXTENSION OF TIME TO DO SO**

**TO THE HONORABLE COURT**:

**COMES NOW** Non-Party Mayor Miguel Romero (hereinafter "the "Mayor"), and very respectfully sets forth and prays as follows:

On December 11, 2025, the Non Party Mayor filed his Special Appearance And Motion For Protective Order (Dkt. 97). Plaintiffs opposed the Motion For Protective Order on December 29, 2026 (the "Opposition")(Dkt. 98). The Appearing Defendants have reviewed the Opposition and believe that it necessary to file a reply to the same since it presents significant new case-law, much of which is distinguishable, and new arguments which need to be addressed in a Reply.

The Non Party Mayor respectfully prays that he be granted leave pursuant to Local Civil Rule 7(c) to submit a Reply to the Plaintiffs' Opposition in order to address the new arguments and precedent raised therein. It is respectfully submitted that a Reply would place the Court in a better position to properly adjudicate the merits of the Motion for Protective Order. The Appearing Defendants believe that addressing plaintiffs' arguments and putting the precedent cited by plaintiffs into it proper context will better allow for a just and speedy resolution of the issues before the Court.

The undersigned is presently outside of Puerto Rico on a vacation with his family and will not return to Puerto Rico until late January 11th, making January 12, 2026, the first day he is back in his office.

Accordingly, it is respectfully requested that the Non Party Mayor be allowed to file a Reply to the Plaintiffs' December 29, 2025 Opposition to the Motion For Protective Order and granted a term through January, 19, 2026, to submit the Reply.

**WHEREFORE**, for the reasons set forth above, it is respectfully requested that the Non Party Mayor be allowed to file a Reply to the Plaintiffs' December 29, 2025 Opposition to the Motion For Protective Order and that the Non Party Mayor be granted a term through January, 19, 2026, to submit the Reply.

**I HEREBY CERTIFY** that on this same date, the foregoing was filed electronically through the CM/ECF system which will send notification to the parties to their registered email addresses.

**RESPECTFULLY SUBMITTED,** in Guaynabo, Puerto Rico, this 5th day of January, 2026.

*/s/ Eliezer A. Aldarondo-López*
Eliezer A. Aldarondo-López, Esq.
USDCPR No. 225906
eliezer.aldarondo@alblegal.net

`

Aldarondo & López Bras, P.S.C.
ALB Building
16 P.R. Road 199 - Suite 400
Guaynabo, Puerto Rico 00969
Tel. No. (787) 474-5447
Fax. No. (787) 474-5451
**Counsel for Non Party Mayor Miguel Romero**