|  |  |
|---|---|
| CANGREJEROS DE SANTURCE BASEBALL CLUB, LLC, SANTURCE MERCHANDISING LLC, and THOMAS J. AXON, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIGA DE BÉISBOL PROFESIONAL DE PUERTO RICO, INC., CRIOLLOS MANAGEMENT, INC., RA12, INC., INDIOS DE MAYAGÜEZ BASEBALL CLUB INC., GIGANTES DE CAROLINA BASEBALL CLUB INC., LEONES DE PONCE CF INC., IMPULSE SPORTS ENTERTAINMENT CORPORATION, JUAN A. FLORES GALARZA, IN HIS CAPACITY AS PRESIDENT OF THE LIGA DE BÉISBOL PROFESIONAL DE PUERTO RICO, INC., IN HIS PERSONAL CAPACITY, AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN HIM AND HIS SPOUSE, AND THE CONJUGAL PARTNERSHIP SO CONSTITUTED, <br><br> *Defendants.* | Civil Action No. 3:22-cv-01341-WGY |

## STIPULATION AND [PROPOSED] ORDER TO AMEND THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the above-named parties, that the caption shall be amended to replace Defendant Leones de Ponce CF with Ponce Sports and Entertainment Corp., to be read as follows:

CANGREJEROS DE SANTURCE
BASEBALL CLUB, LLC, SANTURCE
MERCHANDISING LLC, and THOMAS J.
AXON,

*Plaintiffs*,

v.

LIGA DE BÉISBOL PROFESIONAL DE
PUERTO RICO, INC., CRIOLLOS
MANAGEMENT, INC., RA12, INC.,
INDIOS DE MAYAGÜEZ BASEBALL
CLUB INC., GIGANTES DE CAROLINA
BASEBALL CLUB INC., PONCE SPORTS
AND ENTERTAINMENT CORP.,
IMPULSE SPORTS ENTERTAINMENT
CORPORATION, JUAN A. FLORES
GALARZA, IN HIS CAPACITY AS
PRESIDENT OF THE LIGA DE BÉISBOL
PROFESIONAL DE PUERTO RICO, INC.,
IN HIS PERSONAL CAPACITY, AND AS
A MEMBER OF THE CONJUGAL
PARTNERSHIP CONSTITUTED
BETWEEN HIM AND HIS SPOUSE, AND
THE CONJUGAL PARTNERSHIP SO
CONSTITUTED,

*Defendants*.

Civil Action No. 3:22-cv-01341-WGY

Further, the Parties agree that Plaintiffs shall be permitted to file an Amended Complaint in the above-referenced action to reflect the change above, and as reflected in **Exhibit A**, with corresponding changes in the relevant Complaint allegation.

In support thereof, Plaintiffs respectfully state as follows:

1. On July 18, 2022, Plaintiffs filed a Complaint naming the entity Leones de Ponce CF as the investor-operator of the Leones de Ponce franchise. *See* Dkt. No. 1 at ¶ 20.

2

2.	Through the course of discovery, Plaintiffs were made aware that the named Leones de Ponce CF entity is not the proper investor-operator entity for the Leones de Ponce franchise.[1] Instead, the correct operating entity is Ponce Sports and Entertainment Corp.

3.	Plaintiffs now seek to name and include Ponce Sports and Entertainment Corp. as a defendant in this action.

4.	Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the court's leave, and "leave shall be freely given when justice so requires."

5.	Tendered herewith for filing is Plaintiffs' First Amended Complaint, and Defendants stipulate that they have no objection to the filing of the same, while reserving all rights and defenses to the allegations contained therein. *See* Exhibit A.

**WHEREFORE**, it is respectfully requested that after taking notice of the foregoing and Defendants' stipulation thereto, the Court grant Plaintiffs leave to amend their Complaint and correct the case caption as reflected in Exhibit A.

Dated: March 9, 2026

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)
Lauren E. Duxstad (*pro hac vice*)
Gabriela B. Wolk (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
JLKessler@winston.com

*/s/ José F. Cáceres Cardona*
José F. Cáceres Cardona
USDC-PR No.: 304013
**CÁCERES LAW OFFICES, LLC**
PO Box 363071
San Juan, PR 00936-3071
Tel: 787-568-2636
Fax: None
E-mail: jfcaceres@caceresllc.com

---

[1] *See also* Dkt. No. 94 at ¶ 20 ("Leones de Ponce CF Inc. is a corporation that the Department of State canceled, and that it did not have, and does not have, a relationship with the Liga.").

JAmato@winston.com
LDuxstad@winston.com
GWolk@winston.com

*/s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodriguez-Vidal
USDC-PR No. 201213
**GOLDMAN ANTONETTI &
CORDOVA, LLC**
P.O. Box 70364
San Juan, Puerto Rico 00936
Telephone: (787) 759-4117
Fax: (787) 767-9333
Crodriguez-vidal@gaclaw.com

*Counsel for Plaintiffs Cangrejeros de
Santurce Baseball Club, LLC, Santurce
Merchandising LLC, and Thomas J. Axon*

*Counsel for Defendant Juan A. Flores
Galarza*

*/s/ Francisco E. Colón-Ramírez*

FRANCISCO E. COLÓN-RAMÍREZ
BAR NO.: 210510
E-mail: fecolon@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (787) 425-4652

*Counsel for Liga de Béisbol Profesional
de Puerto Rico, Inc.*

*/s/ Giancarlo Font García*
GIANCARLO FONT GARCÍA
USDC-PR NO. 210612
gfont@drcprlaw.com
**GIANCARLO FONT**
306 Calle Coll y Toste
San Juan, PR 00918
TEL. (787) 622-6999
(787) 647-1876

**SO ORDERED** this *10th* day of *March*            , **2026.**

*William G. Young*

Hon. William G. Young

4