THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CANGREJEROS DE SANTURCE BASEBALL CLUB, LLC et al., <br><br> Plaintiffs <br><br> v. <br><br> LIGA DE BEISBOL PROFESIONAL DE PUERTO RICO, INC., et al., <br><br> Defendants. | CIVIL NO.:   22-1341 (WGY) |

**MOTION INFORMING SERVICE OF RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS**

TO THE HONORABLE COURT:

COME NOW Liga de Beisbol Profesional de Puerto Rico, Inc., through its undersigned legal counsel, and very respectfully informs that today it served its response to plaintiffs' request for production of documents that was the subject of plaintiffs' motion at docket 122.

WHEREFORE, it is respectfully requested this Honorable Court take note of the above.

In San Juan, Puerto Rico, this 27th day of March 2026.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

Respectfully submitted,

S/ FRANCISCO E. COLON-RAMIREZ
**FRANCISCO E. COLON-RAMIREZ**
Bar No.: 210510
Email:   fecolon@colonramirez.com

**COLÓN RAMÍREZ, L.L.C.**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (787) 425-4652
Fax: (787) 425-4731